# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Morgan James  
    Stacey James  
        Debtor(s)

Case No. 12-01023

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/12/2012.

2) The plan was confirmed on 04/25/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/16/2014.

5) The case was dismissed on 09/26/2014.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,930.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $11,925.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $11,925.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $456.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,956.28

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA COMMUNITY FINANCE II | Unsecured | 300.00 | 1,401.51 | 1,401.51 | 81.88 | 0.00 |
| ADVANCE AMERICA | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 1,411.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| BOLINGBROOK HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 5,800.00 | NA | NA | 0.00 | 0.00 |
| CATHY MILLER | Unsecured | 5,800.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 2,748.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,750.00 | 3,597.97 | 3,597.97 | 210.21 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 203.00 | 233.38 | 233.38 | 13.63 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 2,079.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 2,009.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 2,546.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 10,286.00 | 12,832.52 | 12,832.52 | 749.71 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 1,475.00 | 2,928.96 | 2,928.96 | 171.11 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 925.00 | 2,836.50 | 2,836.50 | 165.71 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 800.00 | 1,197.00 | 1,197.00 | 69.93 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDITORS COLLECTION BUREAU | Unsecured | 1,299.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SRVS | Unsecured | 7,373.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 100.00 | 100.00 | 5.84 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | NA | 100.00 | 100.00 | 5.84 | 0.00 |
| EZ CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FIRST CREDIT CORP | Unsecured | 500.00 | 1,302.35 | 1,302.35 | 76.08 | 0.00 |
| IC SYSTEM | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 64,416.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 400.00 | 510.00 | 510.00 | 29.79 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 400.00 | 400.00 | 400.00 | 23.37 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,693.90 | 1,693.90 | 98.96 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 29.79 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 29.79 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 29.79 | 0.00 |
| KENWOOD SERVICES | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| LAURA SHAW | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 718.90 | 718.90 | 42.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 5,689.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 346.32 | 346.32 | 20.23 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 499.85 | 499.85 | 29.20 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,143.06 | 1,143.06 | 66.78 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 28,943.22 | 28,943.22 | 1,690.95 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,151.98 | 1,151.98 | 67.30 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 612.68 | 612.68 | 35.79 | 0.00 |
| NATIONAL QUIK CASH | Unsecured | 1,000.00 | 1,177.69 | 1,177.69 | 68.80 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,162.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 10,000.00 | 9,825.47 | 9,825.47 | 574.06 | 0.00 |
| PLAINFIELD COMM SCHOOL DISTRIC | Unsecured | 1,229.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,419.00 | NA | NA | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 2,494.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA | Unsecured | 19,498.00 | 19,498.32 | 19,498.32 | 1,139.13 | 0.00 |
| RENT A CENTER INC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| RICHARD GEHANT | Unsecured | 17,000.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 24,831.00 | 835.45 | 835.45 | 48.81 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 984.10 | 984.10 | 57.49 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 21,352.92 | 21,352.92 | 1,247.49 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 1,030.50 | 1,030.50 | 60.20 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 481.15 | 481.15 | 28.11 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 149.04 | 149.04 | 8.71 | 0.00 |
| T MOBILE | Unsecured | NA | 1,158.07 | 1,158.07 | 67.65 | 0.00 |
| T MOBILE | Unsecured | 1,200.00 | 1,058.28 | 1,058.28 | 61.82 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TEHMING LIANG MD | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | NA | 691.99 | 691.99 | 40.43 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | NA | 7,227.00 | 7,227.00 | 422.21 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | NA | 6,849.00 | 6,849.00 | 400.13 | 0.00 |
| VIP PDL SERVICES LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$136,399.08** | **$7,968.72** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,956.28 |
| Disbursements to Creditors | $7,968.72 |
| **TOTAL DISBURSEMENTS:** | **$11,925.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/03/2014                         By: /s/ Glenn Stearns
                                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**